HON. TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PACIFIC PILE & MARINE, L.P., ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:22-cv-00848-TL <br><br> DECLARATION OF SEAN DIXON SUPPORTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

I, Sean Dixon, declare the following on the basis of personal knowledge to which I am competent to testify:

1. I am the Executive Director and Soundkeeper of Puget Soundkeeper Alliance (Soundkeeper). I am also a member of Soundkeeper, and have been a member since 2021. Soundkeeper is a 501(c)(3) non-profit organization with over 1,000 members who are concerned about the health of Puget Sound and its watersheds.

2. Soundkeeper's mission is to protect and enhance the waters of Puget Sound, including its tributaries, such as the Duwamish River, for the health and restoration of aquatic ecosystems and the communities that depend on them. To accomplish its mission, Soundkeeper

DECLARATION OF SEAN
DIXON - 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

actively monitors Puget Sound pollution patrols via boat, kayak, bike, car, and on foot along with a network of volunteers whom we train to detect and report pollution. These include frequent patrols by Soundkeeper members and Duwamish Valley community partners throughout the Duwamish River watershed. Soundkeeper provides "how to spot" pollution training to members of the public, and shares information and accepts reports via the Water Reporter App. Soundkeeper actively engages government agencies and businesses working to regulate pollution discharges from sewage treatment plants, industrial facilities, construction sites, municipalities and others. Soundkeeper also actively enforces the Clean Water Act of 1972, using the power granted to citizens to sue under provisions of the Act, to stop illegal pollution and bring polluters into compliance with the law. Bringing citizen lawsuits is central to fulfilling Soundkeeper's mission, and the organization has successfully brought numerous citizen lawsuits against Clean Water Act violators. For years, Soundkeeper has maintained a particular focus on polluted runoff because stormwater is one of the biggest sources of pollution - and the leading source of toxic pollutants - to Puget Sound. A substantial portion of Soundkeeper's work has focused on the Duwamish River because of its dense industrial activity, the vital role of the Green/ Duwamish river systems to central Puget Sound ecosystems, and Soundkeeper's close connections with Duwamish Valley community members.

3. I am concerned that Pacific Pile's Clean Water Act violations and its polluted discharges to the Duwamish River undermine Soundkeeper's efforts to protect and preserve these waters. I worry that Pacific Pile's polluted discharges pollute the Duwamish to a degree that could overwhelm this already impaired waterbody. The fact that Pacific Pile's pollution has gone unabated for so long and the magnitude of their pollutant levels distress me. I also worry that because of Pacific Pile's violations, citizens will conclude that any efforts they make to

improve the Duwamish River's water quality will be worthless, leading those citizens to abandon plans to help the watershed, further harming the river. This in turn harms Soundkeeper's efforts to recruit members and the public in support of its mission to enforce the CWA to stop illegal pollution.

4. In addition to patrolling the water, Soundkeeper regularly reviews discharge monitoring reports (DMRs) submitted by polluters to the Washington Department of Ecology (Ecology) to assist Soundkeeper in tracking down and stopping illegal pollution. Ecology maintains those public records and makes them available to Soundkeeper for inspection and copying. Ecology also makes permit-related records available in an online database, accessible by Soundkeeper directly. The online database can be searched by location, permit type, facility name or permit number. Soundkeeper relies on monitoring data to accomplish the organization's mission of better controlling stormwater pollution to Puget Sound. Soundkeeper often uses permit-related records to highlight the biggest threats to Puget Sound and its tributaries. The information in those records informs our understanding of the magnitude of threats to Puget Sound and leads us to take certain actions in light of that understanding. Soundkeeper also disseminates this information to educate decision makers and the public, including through public testimony, volunteer training, and in our publications including newsletters, press releases, a blog, and regular social media posts. When Soundkeeper does not have access to accurate representative stormwater monitoring data, we are deprived of information we need to prioritize our projects and advocacy, and convey the urgency of projects to remedy stormwater pollution to decision makers and Soundkeeper's supporters. When dischargers like Pacific Pile & Marine fail to collect appropriate samples and report the results on DMRs as required by law, it frustrates Soundkeeper's ability to identify the sources of pollutants in a given area and to

efficiently allocate its limited enforcement and advocacy resources to reduce polluted discharges to the Sound. Furthermore, Soundkeeper and its members, and the public, are deprived of information they could use to better plan for the restoration and protection of receiving waters. Soundkeeper would use that information to help accomplish its organizational goals, but because of Pacific Pile's violations, it is unable to do so, harming Soundkeeper.

5. Amy Horn and Joshua Gurnee were both active members on the date Puget Soundkeeper filed its Complaint against Pacific Pile.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __10th__ day of August, 2023.

_____
Sean Dixon