HON. TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PACIFIC PILE & MARINE LP,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00848-TL<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE ON AUGUST 28 |

This matter came before the Court upon the unopposed Motion of Plaintiff Puget Soundkeeper for leave to file its response to Defendant's Motion to Exclude Expert Testimony of Richard Horner (Dkt. 24) one week after the date required by LCR 7(d)(4).

///

///

///

///

///

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE RESPONSE
Case No. 2:22-cv-00848 - 1

The Court, having considered Puget Soundkeeper's Motion (Dkt. No. 41) and seeing that it is unopposed, GRANTS Puget Soundkeeper's Motion. Puget Soundkeeper may file its response on **August 28, 2023**. Defendant Pacific Pile's reply is due on **September 1, 2023**.

IT IS SO ORDERED.

Dated this 21st day of August 2023

Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE RESPONSE
Case No. 2:22-cv-00848 - 2