HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC PILE & MARINE, L.P., <br><br> Defendant. | No. 2:22-cv-00848-KKE <br><br> JOINT MOTION FOR ENTRY OF CONSENT DECREE <br><br> Note on Motion Calendar: <br> December 19, 2023 |

## MOTION

Plaintiff Puget Soundkeeper Alliance and Defendant Pacific Pile & Marine, L.P. (collectively, "the Parties") hereby jointly move the Court for an order approving the entry of the Consent Decree filed herewith.

## STATEMENT IN SUPPORT

The Parties have agreed that settlement of this matter is in the public interest and that entry of the Consent Decree is the most appropriate means of resolving this matter. By stipulating to the entry of the proposed Consent Decree, Pacific Pile & Marine, L.P. does not admit the facts alleged against it and does not admit liability.

JOINT MOTION FOR ENTRY OF CONSENT
DECREE - 1
(No. 2:22-cv-00848-KKE)

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. §§ 135.4 and 135.5, copies of the Complaint and the Consent Decree will be served on the U.S. Attorney General, the Administrator of the U.S. EPA, and the Regional Administrator of Region 10 of the U.S. EPA.

The Consent Decree may not be entered prior to 45 days following receipt by both the Administrator and the Attorney General. The noting date for the Court's consideration of this matter has been scheduled accordingly.

The parties respectfully request this Court enter the Consent Decree.

RESPECTFULLY SUBMITTED, this 30th day of October, 2023.

SMITH & LOWNEY, PLLC

By: /s/Alyssa Koepfgen
Alyssa Koepfgen, WSBA No. 46773
Katelyn Kinn, WSBA No. 42686
Savannah Rose, WSBA No. 57062
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
E-mail: alyssa@smithandlowney.com
katelyn@smithandlowney.com
savannah@smithandlowney.com
*Attorneys for Puget Soundkeeper Alliance*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/Michael Mahoney
Connie Sue Martin, WSBA No. 26525
Michael J. Mahoney, WSBA No. 58906
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 622-1711
Fax: (206) 292-0460
E-mail: csmartin@schwabe.com
mmahoney@schwabe.com
*Attorneys for Pacific Pile & Marine L.P.*

JOINT MOTION FOR ENTRY OF CONSENT DECREE - 2
(No. 2:22-cv-00848-KKE)

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883